IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| MACK FINANCIAL SERVICES, A DIVISION OF VFS US LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No.: 3:11-CV-27 ) PHILLIPS/GUYTON ) |
| JEFFREY LEE GOODMAN, | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

The Defendant, Jeffrey Lee Goodman, having failed to plead or otherwise defend in this action, and default having been entered; upon application of Plaintiff, Mack Financial Services, a division of VFS US LLC, and upon affidavit that Defendant, Jeffrey Lee Goodman, is indebted to Plaintiff, Mack Financial Services, a division of VFS US LLC, in the principal sum of $277,540.95, plus pre-judgment and post-judgment interest at the contractual rate of eighteen percent (18%) per annum or the highest percent allowable according to law, costs of this action of $350.00 and attorneys' fees of $3,093.46; that Defendant, Jeffrey Lee Goodman, had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and, that the claim is for a sum certain or for a sum which can by computation be made certain, it is hereby,

ORDERED, ADJUDGED and DECREED, that Plaintiff, Mack Financial Services, a division of VFS US LLC, recover of the Defendant, Jeffrey Lee Goodman, the sum of $280,984.41, as of April 19, 2011, plus pre-judgment and post-judgment interest at the

contractual rate of eighteen percent (18%) per annum or the highest percent allowable according to law running from the date of default until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

PATRICIA McNUTT, CLERK

By:   s/ A. Brush
Deputy Clerk

K DEP 269429 v1
1039265-000073 04/12/2011